GEORGE D. CADWELL, Respondent, v. SIMON RAZ, Appellant.— Judgment and

order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.